# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Nicole W.,[1]                                    Civ. No. 20-2697 (SRN/BRT)

       Plaintiff,

v.

Kilolo Kijakazi,                                         **ORDER**
Acting Commissioner of
Social Security,

       Defendant.

---

Mac Schneider, Schneider, Schneider & Schneider, 815 3rd Ave South, Fargo, ND 58103, counsel for Plaintiff.

Chris Carillo, Social Security Administration, Office of the General Counsel - Suite 350 Social Security Administration, 1301 Young Street, Mailroom 104, Dallas, TX 75202, counsel for Defendant.

---

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated July 14, 2022 [Doc. No. 26]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.  Accordingly, where the Court refers to the plaintiff, only her first name and last initial are provided.

**IT IS HEREBY ORDERED** that:

1.      Plaintiff's Motion for Summary Judgment [Doc. No. 20] is **DENIED**; and

2.      Defendant's Motion for Summary Judgment [Doc. No. 22] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 2, 2022                          s/Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge